USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/24/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MOUSSA BONI ADAM,

                Plaintiff,

    -v-

LIDJON GJOBALAJ,

                Defendant.
-------------------------------------------------------------X

**ORDER OF DISMISSAL**

20-CV-11029 (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

The Court having been advised by the Mediator's Report on November 23, 2021 (Dkt. No. 19) that the parties have reached agreement on all issues, it is hereby ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, but without prejudice to the right to reopen the action within 30 days of the date of this Order if the settlement is not consummated.

To be clear, any application to reopen must be filed within 30 days of the date of this Order; any application to reopen filed thereafter may be denied solely on that basis.  Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same 30-day period to be "so ordered" by the Court.

Any pending motions are moot.  The Clerk is directed to close this case.

    **SO ORDERED.**

Dated: November 24, 2021
       New York, New York

JAMES L. COTT
United States Magistrate Judge